UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SUSAN NAZARI, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION d.b.a. TARGET, a Minnesota Corporation,<br><br>             Defendant. | CIV. NO. 2:16-02015 WBS GGH<br><br><br>ORDER OF RECUSAL |

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Target.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated:  August 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1